**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

---

**KELLEY FREEMAN,**

Plaintiff,

**v.** **No. 3:26-cv-00054**

**NATIONWIDE INSURANCE COMPANY OF AMERICA,** JURY DEMAND

Defendant.

---

**JOINT STATUS REPORT ON CASE RESOLUTION**

---

The parties, by and through their respective counsel, in accordance with the Initial Case Management Order (ECF No. 14), jointly report as follows:

The parties have exchanged Rule 26(a)(1) initial disclosures and are in the early stages of the written discovery process. Plaintiff recently presented an initial settlement demand to Defendant which is currently under consideration; however, Defendant has not yet responded to Plaintiff's initial settlement demand. The parties believe there is a stronger likelihood of case resolution following completion of written discovery and will submit an updated report to the Court regarding the status of case resolution at that time.

Respectfully submitted,

By: *s/ Konrad N. Kotz*

Konrad N. Kotz (BPR #41801)
DENHAM PROPERTY AND INJURY LAW FIRM
250 W. Main St., Ste. 2650
Lexington, KY 40507
(859) 900-2278
konrad@denham.law

***Attorney for Plaintiff***

By: *s/ Brandon W. Reedy*

Brandon W. Reedy (BPR #30314)
RAINEY, KIZER, REVIERE & BELL, PLC
209 East Main St.
P.O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414
breedy@raineykizer.com

***Attorney for Defendant***